**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**A.L., by P.L.B. and P.L.B. for herself,**

   **Plaintiffs,**

**v.**                                                      **CASE NO. 5:12-cv-299-RS-EMT**

**JACKSON COUNTY SCHOOL BOARD,**

   **Defendant.**
_____/

## ORDER

Before me is Plaintiff's Motion to Seal (Doc. 3).  If the Clerk seals this case,

the parties will be unable to file documents electronically.  Further, all documents,

including orders of the court, will be unavailable to the public.  Upon

consideration:

   **IT IS ORDERED:**

1.  The Clerk will not seal the entire case.

2.  Any document which either party wishes to file under seal shall be either

    delivered via hard copy to the Clerk or e-mailed to

    Sara_A_Mason@flnd.uscourts.gov.  The Clerk will file such documents

    under seal if appropriate.

3.  The effective date of such filings will be the date that the Clerk posts the

    filing on the electronic docket.

4.  Any document which either party wishes to file not under seal shall be filed

electronically by that party.

5.  The Clerk shall vacate the Court's previous order sealing the case (Doc. 8).


**ORDERED** on September 27, 2012.


**/s/ Richard Smoak**
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**