**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

A.L., by P.L.B. and P.L.B for herself,

     VS                                                                        CASE NO.  5:12cv299-RS-EMT

JACKSON COUNTY SCHOOL BOARD,

**JUDGMENT**

This action came before the Court with the Honorable Richard Smoak presiding.

The issues have been tried or heard and a decision has been rendered.

This case is dismissed for failure to exhaust administrative remedies and for failure to

state a claim upon which relief may be granted.

JESSICA J. LYUBLANOVITS
CLERK OF COURT


January 30, 2013                                  s/ Jeremy Wright
DATE                                                      Deputy Clerk: Jeremy Wright