IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

A.L., by P.L.B.,
and PLB for herself,

    Plaintiffs,

vs.                                                CASE NO.: 5:12-cv-00299-RS-EMT

JACKSON COUNTY SCHOOL BOARD,

    Defendant.
_____/

## DEFENDANT, JACKSON COUNTY SCHOOL BOARD'S MOTION FOR LEAVE TO FILE ATTORNEY FEES RECORDS

Defendant, JACKSON COUNTY SCHOOL BOARD ("School Board"), by and through undersigned counsel, respectfully moves for leave to file attorney fees records late. In support hereof, Defendant states the following grounds:

1. Defendant was under the impression that filing of attorneys' fees records was not required in this case. Defendant read the provisions of an order in a different case as not requiring the filing of such records, but was mistaken.

2. No prejudice will incur to Plaintiffs as a motion for attorneys' fees has not been filed to date by either party.

3. As required by Rule 7.1, I have consulted with Plaintiff's counsel and she objects to the filing of this motion.

WHEREFORE, Defendant respectfully requests leave to file attorneys' fees records for the months of October, 2012 through April, 2013.

RESPECTFULLY SUBMITTED this 22nd day of April, 2013.

*(signature)*

**BOB L. HARRIS**
Florida Bar No. 0460109
bharris@lawfla.com
MESSER CAPARELLO, P.A.
P.O. Box 15579
Tallahassee, FL 32317
Telephone:   (850) 222-0720
Facsimile:   (850) 558-0662

*Counsel for Jackson County School Board*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to: Rosemary N. Palmer, Esquire, 5260 Pimlico Drive, Tallahassee, Florida 32309; and to H. Matthew Fuqua, Esq., Bondurant & Fuqua, P.A., 4450 Lafayette Street, Marianna, Florida 32447.

*(signature)*

**BOB L. HARRIS**
Florida Bar No. 0460109
bharris@lawfla.com
MESSER CAPARELLO, P.A.
P.O. Box 15579
Tallahassee, FL 32317
Telephone:   (850) 222-0720
Facsimile:   (850) 558-0662

*Counsel for Jackson County School Board*