IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

A.L., by P.L.B., and P.L.B. for herself,
 Plaintiffs,

v.            Case No.: 5:12cv299/RS/EMT

JACKSON COUNTY SCHOOL BOARD,
 Defendant.
_____/

## **O R D E R**

   This cause is before the court upon referral by the district court (doc. 67). In brief, the events leading up to this referral are as follows. Plaintiffs initiated this action by filing a complaint in September 2012 (*see* doc. 1). They later filed an amended, six-count complaint (doc. 13). Defendant moved to dismiss the amended complaint, and its motion was granted on January 30, 2013 (docs. 24, 35). Additionally, in an order issued February 15, 2013, the court granted Defendant's motion for Rule 11 sanctions and awarded attorneys' fees and costs to Defendant (docs. 27, 41). The court also directed the parties to "confer and attempt to reach an agreement on the issue of reasonable attorneys' fees and costs," and that if they were unable to do so the issue would be referred to a special master (doc. 41 at 4). The undersigned has now been appointed as the special master, and the matter of fees and costs has been referred to her (*see* doc. 67).

   It is not evident that the parties have complied with the district court's directive to confer in a good-faith attempt to reach an agreement on the matter of fees and costs (*see* doc. 41 at 4). Moreover, it does not appear that the parties have complied or fully complied with the directives of N.D. Fla. Loc. R. 54.1(E), which are to be followed before a special master is called upon to resolve a dispute as to attorneys' fees or costs. Thus, before taking any additional action on the matter of fees and costs, the parties will be required to follow the directives listed below, which largely mirror the requirements of Local Rule 54.1.

Accordingly, it is **ORDERED**:

1. Within **fourteen (14) days** of the date of docketing of this order, Defendant shall:

    (a) file and serve an affidavit setting out the requested amount of costs and fees and specifically describing the requested rate of compensation and the numbers of hours spent in the defense of the case as are reflected in the attorneys' fees records reports filed with this court, with sufficient detail to identify the exact nature of the work performed (as an example of the specificity required here, it would not be appropriate to simply list the subject as "research"; rather, it is required that the matter being researched be specified in such detail as would permit a determination being made as to (i) the necessity for the research, and (ii) whether the hours attributable to it are reasonable); and

    (b) file and serve a supporting affidavit from an attorney, familiar with the area of law involved in this action, that the requested rate for hourly compensation is in line with the prevailing market rate for the work performed.

2. Within **fourteen (14) days** after service of Defendant's affidavits, Plaintiffs shall file and serve an acceptance or rejection of the amounts being claimed as attorneys' fees and costs.

    (a) If the amounts being claimed are rejected, Plaintiffs shall identify which hours (or costs) are objected to and for what reason.

    (b) If there is objection as to the proposed "prevailing market rate," Plaintiffs must submit an affidavit as to the prevailing hourly rate believed to be more appropriate and propose an amount of attorneys' fees or expenses that Plaintiffs would be willing to pay, without prejudice to pursue on appeal Plaintiffs' legal liability for attorneys' fees and expenses, or the amount thereof.

3. Within **fourteen (14) days** after service of Plaintiffs' counteroffer, Defendant shall file and serve an acceptance or rejection of the counteroffer.

4. If the matter of fees and costs remains unresolved after the parties have complied with the foregoing directives, the undersigned will—acting in her capacity as the special master—conduct such hearings as may be necessary and submit written findings and recommendations to the district court.

**DONE AND ORDERED** this 13th day of May 2013.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**