IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

A.L., by P.L.B. and P.L.B for herself,

    Plaintiffs,

v.                                      CASE NO. 5:12-cv-299-RS-EMT

JACKSON COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER

The relief requested in Defendant/Appellee's Motion to Correct Record (Doc. 63) is **GRANTED**.  Federal Rule of Appellate Procedure 10(a) states: "The following items constitute the record on appeal:

    (1)  the original papers and exhibits filed in the district court;

    (2)  the transcript of proceedings, if any; and

    (3)  a certified copy of the docket entries prepared by the district clerk."

Rule 10(e) provides that the record should conform to "what occurred in the district court" and that omissions or misstatements may be corrected.

Defendant objects to including the following documents and pleadings in the record on appeal:

    (a) Directions for Record and Motion for Indigency (Doc. 62-2, p. 486)

    (b)  Indigency Application (Doc. 62-2, p. 489)

    (c) Certificate of Indigency (Doc. 62-2, p. 491)

(d) Transcript of a state court pretrial conference (Doc. 62-2, p. 493)

(e) Verified Amended Request for Impartial Due Process Hearing from a state court case (Doc. 62-2, p. 516)

(f) Respondents' Motion to Strike from a state court case (Doc. 62-2, p. 551)

(g) A state court order (Doc. 62-2, p. 555)

(h) A state court final order (Doc. 62-2, p. 559)

Plaintiff does not object to excluding documents (a)-(c); therefore, they will be excluded from the record on appeal.

Defendant contends that documents (d)-(h) should be omitted from the record on appeal because they were not considered by this Court when rendering its judgment and were filed post-judgment. Because these documents were filed post-judgment and not considered for entry of the judgment, they should be excluded from the record on appeal. *Weiss v. Burr*, 484 F.2d 978, 988 (9th Cir. 1973)("The appellee has now moved this court to augment its record with the addition of the supplemental [state court] transcript. This we refuse to do, since, as heretofore stated, that transcript of proceedings was not before the District Court.").

**ORDERED** on May 21, 2013.

                                                **/s/ Richard Smoak**
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**