UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

A.L., by P.L.B., and
P.L.B., for herself

    Plaintiffs,                               CASE NO. 5:12-cv-00299-RS-EMT

vs.

JACKSON COUNTY SCHOOL BOARD,

    Defendant.

_____/

## ATTORNEY'S AFFIDAVIT AS TO TIME AND COSTS

STATE OF FLORIDA
COUNTY OF JACKSON

    **BEFORE ME**, the undersigned authority, personally appeared H. Matthew Fuqua, who is personally known, after being first duly sworn, states that:

    1.    I, H. Matthew Fuqua, am the attorney for the Jackson County School Board and I have personal knowledge of the matters and things hereafter set forth.

    2.    To date, **Bondurant & Fuqua, P.A.,** has billed the Jackson County School Board a total amount of $ 1,250.25 for services rendered in conjunction with the prosecution of the instant action.

    3.    The time expended by the attorney on this particular matter is as follows:

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/20/12 | Re: Summons Research | 1.00 | 125.00 |
| 11/28/12 | Work on Response to Motion for Costs and Final Draft. | 2.00 | 250.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/17/12 | Email correspondence with Rosemary Palmer; Conference with Frank Bondurant. | .25 | 31.25 |
| 12/20/12 | Receipt and review of Motion to Dismiss; Email correspondence. | .50 | 62.50 |
| 1/25/13 | Review Motion to Leave to file Reply. | .30 | 37.50 |
| 2/13/13 | Work on Motion for Sanctions | 2.50 | 312.50 |
| 2/27/13 | Receipt and review of Notice of Appeal and Order documents; Research. | 2.10 | 262.50 |
| 3/4/13 | Conference with Charles Wynn; Re: Discharge of Attorney Fees; Email correspondence with Palmer; Research. | .75 | 93.75 |
| 3/8/13 | Email correspondence with Bob Harris. | .20 | 25.00 |
| 4/8/13 | Emails to and from Williams Roland, Bob Harris, Jennifer Skipper and Rosemary Palmer regarding the scheduling of telephone mediation. | .70 | 87.50 |

4. <u>Bondurant & Fuqua, P.A.</u> has billed the Jackson County School Board at a rate of $125.00 per hour for attorney time, which is a typical and reasonable fee for these services.

5. The fee arrangement with the client is the fee customarily charged in this circuit for similar matters.

6. Affiant has considered and evaluated the factors set forth in Rule 4-1.5 of the Rules of Professional Conduct.

7. The actual costs incurred in this suit for which Defendant is entitled to be reimbursed are as follows:

                Attorneys' Fees:        $ <u>1,250.25</u>

|   |   |   |
|---|---|---|
| Costs | $ | 0.00 |
| **TOTAL COSTS** | $ | **1,250.25** |

**FURTHER AFFIANT SAYETH NOT.**

_____
H. MATTHEW FUQUA

STATE OF FLORIDA
COUNTY OF JACKSON

The foregoing instrument was sworn to and subscribed before me this 28th day of MAY 2013, by H. Matthew Fuqua, who is personally known to me, or has produced _____, states that the foregoing is true and accurate.

_____
Notary Signature

JANET M. THOMPSON
_____
Notary, Print, Type, Stamp

JANET M. THOMPSON
Commission # DD 910742
Expires October 3, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

Commission #
My Commission Expires:

3