IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

A.L., by P.L.B.,
and PLB for herself,

    Plaintiffs,

vs.                                           CASE NO.: 5:12-cv-00299-RS-EMT

JACKSON COUNTY SCHOOL BOARD,

    Defendant.
_____/

**DEFENDANT, JACKSON COUNTY SCHOOL BOARD'S
NOTICE OF DENIAL OF PLAINTIFFS' COUNTEROFFER**

Defendant, JACKSON COUNTY SCHOOL BOARD ("School Board"), by and through undersigned counsel, and pursuant to this Court's Order dated May 13, 2013 (doc. 68) respectfully denies Plaintiffs' counteroffer as stated in their response to the School Board's affidavits for fees (doc. 83), on the following grounds:

1. Plaintiffs asked this Court in their Response to delay the sanctions or to impose some other form of sanctions, and then offered only $3,017.

2. The School Board has incurred considerable more expense at the hand of Plaintiffs and is unable to accept this counteroffer. There are considerable false premises upon which the Plaintiffs argue for lower sanctions. The affidavits as submitted as to reasonableness of the fees are claimed are unrefuted.

RESPECTFULLY SUBMITTED this 23rd day of July, 2013.

    /s/ Bob L. Harris
**BOB L. HARRIS**
Florida Bar No. 0460109
bharris@lawfla.com
MESSER CAPARELLO, P.A.
P.O. Box 15579
Tallahassee, FL 32317
Telephone:   (850) 222-0720
Facsimile:   (850) 558-0662

*Counsel for Jackson County School Board*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to: Rosemary N. Palmer, Esquire, 5260 Pimlico Drive, Tallahassee, Florida 32309; and to H. Matthew Fuqua, Esq., Bondurant & Fuqua, P.A., 4450 Lafayette Street, Marianna, Florida 32447.

    /s/ Bob L. Harris
**BOB L. HARRIS**