# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**A.L., by P.L.B. and P.L.B for herself,**

    **Plaintiffs,**

**v.**          **CASE NO. 5:12-cv-299-RS-EMT**

**JACKSON COUNTY SCHOOL BOARD,**

    **Defendant.**
_____/

## ORDER

The relief requested in Plaintiffs' Motion for Reconsideration Rule 11 Sanctions (Doc. 86) is **DENIED** because it does not meet the requirement of Fed. R. Civ. P. 60(b).

**ORDERED** on August 15, 2013.

        **/s/ Richard Smoak**
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**