IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

A.L., by P.L.B. and P.L.B for herself,

    Plaintiffs,

v.                                         CASE NO. 5:12-cv-299-RS-EMT

JACKSON COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 91) and Plaintiffs' Objections (Doc. 96). I have considered Plaintiffs' objections *de novo*.

**IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2.    Attorneys' fees are awarded to the law firm of Bondurant & Fuqua, P.A., in the case of Attorney H. Matthew Fuqua, in the total amount of $1,020.

    3.    Attorneys' fees are awarded to the law firm of Messer Caparello, P.A., in care of Attorney Bob Lynn Harris, in the total amount of $4,980.

4.  Costs be awarded to the law firm of Messer Caparello, P.A., in case of Attorney Bob Lynn Harris, in the amount of $73.75.

**ORDERED** on May 22, 2014.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**